**Opinion issued December 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00607-CV

———————————

**CHARLES ORR, INDIVIDUALLY AND AS GUARANTOR, ALSO KNOWN AS AND BEING THE SAME PERSON AS CHARLES L. ORR, C. L. ORR, CHARLES L. ORR SR., CHARLES ORR SR., AND C. L. ORR SR., Appellant**

**V.**

**CRAWFORD ELECTRIC SUPPLY COMPANY, INC., A CORPORATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1184137**

---

## MEMORANDUM OPINION

On August 15, 2023, appellant, Charles Orr, individually and as guarantor,

also known as and being the same person as Charles L. Orr, C. L. Orr, Charles L.

Orr Sr., Charles Orr Sr., and C. L. Orr Sr., filed a notice of restricted appeal from the trial court's April 25, 2023 final judgment in favor of appellee, Crawford Electric Supply Company, Inc., a Corporation. On November 29, 2023, the parties, representing that they had "agreed to vacate the Judgment entered April 25, 2023," filed an "Agreed Motion to Vacate Judgment as to [Appellant]."

In the motion, the parties stated that they had reached an agreement to vacate the trial court's April 25, 2023 judgment as to appellant, and therefore "request[ed] [that] this Court . . . remand the case to Harris County Civil Court at Law Number 1." *See* TEX. R. APP. P. 42.1(a)(2)(B) (allowing appellate court to dismiss appeal upon agreement of parties to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement" of parties). The agreed motion further stated that "each party shall bear its own fees and costs by reason of this appeal."

The parties' motion requested that we order that this Court's mandate issue immediately. *See* TEX. R. APP. P. 18.1(c). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion, dismiss the appeal, and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We direct the Clerk of this Court that costs

are to be taxed against the party incurring the same.  *See* TEX. R. APP. P. 42.1.  We further direct the Clerk of this Court to issue the mandate immediately.  *See* TEX. R. APP. P. 18.1(c).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.